UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAIKOIYO ALLEY-BARNES,<br><br>                    Plaintiff,<br><br>v.<br><br>GREG W. SACKMAN; et al.,<br><br>                    Defendants. | C06-882Z<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The Court GRANTS Plaintiff's Motion to Compel Discovery, docket no. 29, and ORDERS that the Defendants shall fully answer Interrogatories 1–7 and shall provide all documents responsive to Plaintiff's First Request for Production of Documents 1–5, 7, and 16–18, with the exception that redactions may be made to eliminate social security numbers and other personal information not relevant to this case.

      (2)    The Court GRANTS IN PART and DENIES IN PART Defendants' Motion for Protective Order Relating to IIS Files, docket no. 27. The Court DENIES Defendants' motion to prevent discovery of evaluative portions of IIS files and unrelated IIS files and STRIKES AS MOOT Defendants' related motion for a protective order relating to such files.

      (3)    The Court ORDERS that the parties' Stipulated Protective Order regarding IIS files approved by the Court this date, shall also govern production of all IIS files produced pursuant to this Minute Order.

MINUTE ORDER   1–

(4)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 15th day of February, 2007.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
Claudia Hawney
Deputy Clerk

MINUTE ORDER   2–